United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER MARTINEZ IZAGUIRRE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01812 |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On March 5, 2026, Petitioner Javier Martinez Izaguirre ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1.  On May 5, 2026, Respondents filed a Notice advising the Court that Immigration and Customs Enforcement intended to remove Petitioner within five days.  Doc. #9.  Accordingly, the parties are hereby ORDERED to file a status report no later than May 29, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

MAY 2 7 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge